UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAFURA AVDULOVIC,

    Plaintiff,

v.

ROSS DRESS FOR LESS, INC. and
ALBERTSONS, LLC,

    Defendant.

CASE NO. 12-cv-00598-EAK-TGW
Judge Elizabeth A. Kovachevich

## ORDER APPROVING STIPULATION FOR SETTLEMENT WITH PREJUDICE

THIS CAUSE came before the Court upon the parties Stipulation for Settlement With Prejudice, and the Court having reviewed the said settlement stipulation, having reviewed the file and records, and otherwise being fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that this matter be and the same is hereby dismissed with prejudice with each party to be responsible for its own attorney fees and costs. The Court retains jurisdiction to enforce settlement terms. The Court also hereby closes this matter and directs the Clerk of Court to terminate any pending motions.

DONE and ORDERED in Chambers in Hillsborough County, Florida this 11th day of June, 2013.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record